**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**G C P C L L C ET AL**  **CASE NO.  2:24-CV-00867**

**VERSUS**  **JUDGE JAMES D. CAIN, JR.**

**OCCIDENTAL CHEMICAL**  **MAGISTRATE JUDGE LEBLANC**
**CORP. ET AL**

## JUDGMENT

Before the court is a Report and Recommendation [Doc. 51] of the Magistrate Judge, recommending that the Motion to Remand [doc. 14] filed by plaintiff be granted.

The Report and Recommendation of the Magistrate Judge having been considered, together with the Objections to Report and Recommendations [doc. 52], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct;

**IT IS ORDERED** that Plaintiff's Motion to Remand [doc. 14] be **GRANTED** and the instant case be **REMANDED** to the state court from which it was removed. **IT IS FURTHER ORDERED** that all other pending motions be **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in Chambers on this 22nd day of July, 2026.

_____
**JUDGE JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**